10-1973-cv
Deshpande v. Medisys Health Network, Inc.

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 23rd day of May, two thousand eleven.

PRESENT:
> JOSEPH M. McLAUGHLIN,
> ROSEMARY S. POOLER,
> BARRINGTON D. PARKER,
> *Circuit Judges*.

———————————————————————————

Satish Deshpande,

> *Plaintiff-Appellant*,

> v.                                                          10-1973-cv

Medisys Health Network, Inc., *et al.*,

> *Defendants-Appellees*.

———————————————————————————

FOR APPELLANT:          Satish Deshpande, *pro se*, Scarsdale, NY.

FOR APPELLEES:          Celena R. Mayo, Esq., Wilson Elser Moskowitz Edelman & Dicker LLP, New York, NY.

Appeal from a judgment of the United States District Court for the Eastern District of

New York (Matsumoto, *J.*).

**UPON DUE CONSIDERATION IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the district court be **AFFIRMED**.

Appellant Satish Deshpande, proceeding *pro se*, appeals the district court's decision granting Appellees' motion for summary judgment and dismissing Appellant's complaint brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, ("Title VII"), New York Human Rights Law, N.Y. Exec. Law § 290 *et seq.*, and New York City Human Rights Law, New York City Administrative Code § 8-107 *et seq.* We assume the parties' familiarity with the underlying facts and the procedural history of the case.

We review orders granting summary judgment *de novo* and focus on whether the district court properly concluded that there was no genuine issue as to any material fact and the moving party was entitled to judgment as a matter of law. *See Miller v. Wolpoff & Abramson, L.L.P.*, 321 F.3d 292, 300 (2d Cir. 2003).

Having conducted an independent review of the record in light of these principles, we affirm the district court's order for substantially the same reasons stated by the district court in its thorough and well-reasoned decision.

We have considered Appellant's other arguments on appeal and have found them to be without merit. Accordingly, the order of the district court is hereby **AFFIRMED**.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

2